## 25739. SHELTON v. HOUSING AUTHORITY OF THE CITY OF ATLANTA.

NICHOLS, Justice. This is an appeal from a judgment on a jury verdict in a condemnation case. Jurisdiction is claimed to be in the Supreme Court under an enumeration of error calling for a "construction" of the Constitution and under an enumeration of error raising the constitutionality of a local "superior court rule."

1. The question calling for a "construction" of the Georgia Constitution was held in *Bowers v. Fulton County*, 225 Ga. 745 (171 SE2d 308) to present a question as to application only of the Georgia Constitution.

2. A "rule of the Superior Court of Fulton County" is not a "law of the State of Georgia" within the meaning of the constitutional provision defining the jurisdiction of the Supreme Court and the Court of Appeals. Compare *Maner v. Dykes*, 183 Ga. 118 (187 SE 699); *Carter v. Bishop*, 209 Ga. 146 (71 SE2d 216), and citations. Accordingly, the Court of Appeals and not the Supreme Court has jurisdiction of the appeal in the instant case.

*Transferred to the Court of Appeals. All the Justices concur, except Undercofler, J., who dissents.*

ARGUED APRIL 14, 1970—DECIDED APRIL 23, 1970.

J. P. Shelton, *pro se.*

*King & Spalding, R. William Ide,* for appellee.

UNDERCOFLER, Justice, dissenting. The question raised here is whether the constitutional provision requiring just and adequate compensation in condemnation cases (*Code Ann.* § 2-301) includes the payment of attorney fees. This is the same question that was raised in *Bowers v. Fulton County,* 225 Ga. 745, supra, and I reiterate my dissent.